**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 19-7757

ERIC LAMONT COLES,

Plaintiff - Appellant,

v.

T. DARDEN, Assistant Warden; M. FOSTER, Unit Manager; LIEUTENANT A. BENTLEY; CAPTAIN LORD,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:19-cv-00528-REP-RCY)

Submitted: July 15, 2020                                  Decided: August 17, 2020

Before GREGORY, Chief Judge, RUSHING, Circuit Judge, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eric Lamont Coles, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Lamont Coles appeals the district court's order dismissing his 42 U.S.C. § 1983 (2018) action without prejudice because he failed to pay the initial partial filing fee or state that he is unable to pay. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Coles' informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*